AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Annette I. Riley,<br>*Plaintiff*<br>v.<br><br>Civil Action No. 2014-CP-32-00665; Civil Action No. 2014-CP-32-04060; Rebecca L. Adams; Irmo Magistrate Court; Timothy Driggers; Warren Henderson, Jr.; James O. Spence; Nationstar Mortgage, LLC; Countrywide Home Loans, Inc. *c/o Bank of America*, *N.A.;* Allied Investment Group of SC, LLC,<br>*Defendants* | Civil Action No.   3:19-01796-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff take nothing of the Defendants and this action is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and Recommendation that this case be dismissed.

*CLERK OF COURT*

Date: October 23, 2019

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*